**4:22-mj-0087**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 DEC 10 P 4:10

CAROL L. MICHEL
CLERK


SEALED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **21-178** |
| v. | * | SECTION: **SECT. E MAG. 4** |
| LAURANCE WILSON | * | VIOLATION: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about April 29, 2020, in the Eastern District of Louisiana, the defendant, **LAURANCE WILSON,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 25, 2014, in the 19th Judicial District Court, Parish of East Baton Rouge, under Case No. DC-04-13-1126, for simple robbery, in violation of Louisiana R.S. 14:65, knowingly possessed a firearm, to wit, a Del-Ton Inc. DTI-15 5.56 mm caliber rifle bearing serial number S050789, said firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Fee USA
___Process_____
_X_ Dktd_____
___CtRmDep_____
___Doc.No._____

# NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense charged in Count 1, the defendant, **LAURANCE WILSON,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

Del-Ton Inc. DTI-15 5.56mm rifle bearing serial number S050789.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

JONATHAN L. SHIH
Assistant United States Attorneys
New Orleans, Louisiana
December 10, 2021

**CLERK'S OFFICE**
**A TRUE COPY**
Jan 13 2022
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

3

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

___Eastern___ *District of* ___Louisiana___

___Criminal___ *Division*

## THE UNITED STATES OF AMERICA

vs.

**LAURANCE WILSON**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT**

**VIOLATIONS: 18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(a)(2)**

A true ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Filed in open court this _____ day of ____
_____ A.D.
2021.
_____
                                    Clerk

Bail, $ _____

/s/ Jonathan L. Shih
JONATHAN L. SHIH
Assistant United States Attorney