United States District Court
Southern District of Texas
**ENTERED**
January 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 4: 22-87M |
| LAURANCE WILSON | § | |

## ORDER OF DETENTION PENDING TRIAL

      In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts are established by clear and convincing evidence and require the detention of the above-named defendants pending trial in this case.

### Findings of Fact

[ ] A. Findings of Fact [18 U.S.C. § 3142(e), § 3142(f)(1)].

  [ ] (1)    The defendants have been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

      [ ]    a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

      [ ]    an offense for which the maximum sentence is life imprisonment or death.

      [ ]    an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. ( ) § 801 et seq. ( ) § 951 et seq. ( ) § 955(a).

      [ ]    a felony that was committed after the defendants have been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

  [ ] (2)    The offense described in finding 1 was committed while the defendants were on release pending trial for a federal, state or local offense.

  [ ] (3)    A period of not more than five years has elapsed since the (date of conviction) (release of the defendants from imprisonment) for the offense described in finding 1.

[ ] (4) Findings Nos. 1, 2, and 3 establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community. I further find that the defendants have not rebutted this presumption.

[]    B.    Findings of Fact [18 U.S.C. § 3142(e)]

     [] (1) There is probable cause to believe that the defendants have committed an offense

         []    for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C.
             () § 801 et seq. ( ) § 951 et seq. ( ) § 955(a).

         [ ]    under 18 U.S.C. § 924(c).

     [] (2) The defendants have not rebutted the presumption established by the finding under B.(1) that no condition or combination of conditions will reasonably assure the appearance of the defendants as required and the safety of the community.

[x]    C.    Findings of Fact [18 U.S.C. § 3142(f)(2)]

     [ ] (1)

     [x] (2) There is a serious risk that the defendants will flee.

     [ ] (3)

     [ ] (4) There is a serious risk that the defendants will (obstruct or attempt to obstruct justice) (threaten, injure, or intimidate a prospective witness or juror, or attempt to do so).

[x]    D.    Findings of Fact [18 U.S.C. § 3142(c)]

     [ ] (1) As a condition of release of the defendants, bond was set as follows:
         Defendants have stated that they are financially unable to meet this condition of release. The Court has been asked to reconsider. I have concluded that the bond requirement is the only condition of release that could assure the appearance of the defendants. I find that the amount of bond is reasonable and necessary.

     [ ] (2)

     [x] (3) I find that there is no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) which will reasonably assure the appearance of the defendants as required.

     [ ] (4)

[ ] (5)  I find that there is no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) which will reasonably assure the safety of any other person or the community.

<u>Written Statement of Reasons for Detention</u>

**I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that**:
Laurance Wilson has been charged by Indictment in the United States District Court for the Eastern District of Louisiana with felon in possession of a firearm in violation of 18 U.S.C. 922(g)(1), and 924(a)(2).

**I conclude that the following factors specified in 18 U.S.C. § 3142(g) are present and are to be taken into account:**

Evidence presented at the detention hearing shows that the grand jury has made a probable cause determination that Laurance Wilson ("Wilson") committed the offense described in the Indictment and testified to at the hearing. FBI special agent Christopher Bedford testified that on or about April 29, 2020, the Sliddel Police responded to a shots fired called at 958 Ashville. A red Mercedes Benz had crashed into a building. Officers found a passenger in the car shot. Wilson was found nearby with blood on him. Paperwork in the vehicle indicated that Mercedes belongs to Wilson and he allowed victim McGee to drive the car. A search of the cars trunk revealed an AR style rifle, a Del-Ton Inc. DTI-15 5.56 mm caliber rifle. According to the case agent, Wilson was a felon at the time of the offense. Wilson had been convicted in 2014 in the 19th Judicial District Court, Parish of East Baton Rouge, under Case No. DC-04-13-1126, for simple robbery. Wilson's residence and employment are unstable. He has a history of substance abuse. Wilson's criminal history includes a 2014 felony conviction for simple robbery in East Baton Rouge Parish, Louisiana. Wilson robbed a Popeyes; a misdemeanor disorderly conduct conviction in Junction City, Kansas. Wilson hit Ms. Tayler three times in the chest, stomach and head. She was 17 weeks pregnant with their child; a 2017 felony conviction for money instrument abuse in Livingston Parish, Louisiana. He was placed on three years probation. A probation violation warrant was issued on August 29, 2018, and his probation was terminated unsatisfactory on June 20, 2019; in February 2018, Wilson was charged with domestic abuse/child endangerment. The charged was reduced to misdemeanor simple assault and he was placed on six months probation. On August 29, 2018, a probation violation warrant was issued due to Wilson's failure to report; on July 9, 2021, Wilson was sentenced to 12 months probation for carrying a loaded firearm in Los Angeles County, California; he was arrested on August 24, 2020 by the New Orleans Police Department for battery of a domestic partner. He attempted to pull his domestic partner out of a vehicle; he was charged on June 28, 2021 in Lafayette Parish, Louisiana for felon in possession of a firearm; and Wilson has been charged in Harris County, Texas with evading arrest with vehicle. Wilson was released on bond on October 30, 2021. A warrant was issued on December 9, 2021, for failing to report to pretrial services. Wilson was arrested by the Houston Police Department on January 12, 2022. He was a passenger in a vehicle with firearms, and two black ski masks. The vehicle had left Wilson's residence. Wilson's activities while on pretrial, and probation demonstrate an unwillingness or inability to comply with standard bail conditions. He is a member of the "never broke again" gang in the Baton Rogue, Louisiana area. His mother suspects Wilson has mental health issues. Accordingly, having

determined that there are no standard conditions of release will assure the appearance of Defendant Laurance Wilson at all future court proceedings in this matter, the Court ORDERS that Defendant Laurance Wilson be DETAINED pending further proceedings.

Directions Regarding Detention

It is therefore ORDERED that the defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendants shall be afforded a reasonable opportunity for private consultation with defense counsel.  On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendants to the United States Marshal for the purpose of an appearance in connection with all court proceedings.

Signed at Houston, Texas, this 18th day of January, 2022.

Frances H. Stacy
United States Magistrate Judge